# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Cinthia Cordova__    Case No. __20 B 02853__    Chapter __7__

All Cases: Moving Creditor __Santander Consumer USA Inc. (Chrysler Capital)__    Date Case Filed __1/31/20__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☑ No-Asset Report Filed on __2/28/20__
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car   Year, Make, and Model __2018 Jeep Renegade__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ __18,744.77__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __18,650.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months __6+__    Amount $ __2,568.04__

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __1__    Amount $ __410.89__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid    Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii ☐ Redeem    iii. ☑ Surrender    iv. ☐ No Statement of Intention Filed

Date: __3/3/20__                    __/s/ Cari A. Kauffman__
                                    Counsel for Movant

(Rev. 12 /21/09)